Yvonne **TUCKER**, Appellant,

v.

**STATE** of Texas, Appellee.

No. 32612.

Court of Criminal Appeals of Texas.

Dec. 14, 1960.

C. B. Bunkley, Jr., W. J. Durham, K. F. Holbert, L. A. Bedford, Jr., Fred J. Finch, Jr., Dallas, for appellant.

Charles A. Allen, Crim. Dist. Atty., by Don Rives, Asst. Crim. Dist. Atty., Marshall, and Leon Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is unlawful assembly to prevent a person from pursuing his labor; the punishment, a fine of $500.

The complaint and information are insufficient and the error of the court in overruling appellant's motion to quash requires reversal for the reasons stated in Briscoe v. State, Tex.Cr.App., 341 S.W.2d 432.

The judgment is reversed and the prosecution under the present complaint and information is ordered dismissed.